**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| KIMBERLY WILKINSON )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>FREDERICK J. HANNA and ASSOCIATES P.C. )<br>    Defendant. ) | No. 09-2432 JWL/GLR<br><br>**VERIFIED COMPLAINT** |

**VERIFIED COMPLAINT**

COMES NOW the Plaintiff, KIMBERLY WILKINSON ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, FREDERICK J. HANNA and ASSOCIATES, alleges and affirmatively states as follows:

**INTRODUCTION**

1. The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. (15 U.S.C. 1692(a) – (e)).

2. Plaintiff, through Plaintiff's attorneys, brings this action to challenge the actions of FREDERICK J. HANNA and ASSOCIATES P.C. (hereinafter "Defendant") with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff's damage.

3.      For the purposes of this Petition, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this caption.

## JURISDICTION AND VENUE

4.      Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

5.      Because Defendant conducts business in the state of Kansas, personal jurisdiction is established.

6.      Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

7.      Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

8.      Plaintiff is a natural person who resides in the Lenexa, County of Johnson, State of Kansas and are obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

9.      Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in Marietta, Cobb County, Georgia.

10.     Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## **FACTUAL ALLEGATIONS**

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt. (See transcribed voicemail messages attached as Exhibit A.)

12. Defendant called Plaintiff' cell phone.

13. Defendant called from 866-306-8250.

14. Defendant called and hung up when Plaintiff answered the phone.

15. Defendant failed to state in one subsequent communications that the call is from a debt collector. (See Exhibit A.)

## **COUNT I**

## **DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.**

19. Plaintiff repeats, reallages and incorporate by reference all of the foregoing paragraphs.

20. Defendant **violated the FDCPA**. Defendant's violations include, but are not limited to the following:

   a. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff in telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   b. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity by calling Plaintiff and hanging up.

    c. Defendant violated *§1692e(10)* of the FDCPA because Defendant used false representation or deceptive means to collect a debt each time Defendant caller called and hung up.

    d. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication is from a debt collector.

21. As a consequence of Defendant's foregoing actions, Plaintiff suffered from stress, anxiety, and humiliation. (See Damages attached as Exhibit B.)

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

22. Declaratory judgment that the Defendant's conduct violated the FDCPA.

23. Actual damages.

24. Statutory damages pursuant to the FDCPA 15 U.S.C. 1692k.

25. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.

26. Any other relief that this court deems to be just and proper.

Plaintiff designates Kansas City as place of trial.

RESPECTFULLY SUBMITTED,

By: /s/ Patrick Cuezze_____
[ ] Patrick Cuezze
Attorneys for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison Street
10th Floor
Chicago, IL 60602
(816) 931-0911 (direct)
e-mail: pcuezze@consumerlawcenter.com

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, KIMBERLY WILKINSON hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KANSAS)

Plaintiff, KIMBERLY WILKINSON, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KIMBERLY WILKINSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 7·21·09

KIMBERLY WILKINSON,
Plaintiff

**EXHIBIT A**

This message is for Kimberly Wilkinson. If you are not Kimberly, please hang up or disconnect immediately. Please contact Jessica Dickson with the Law Offices of Fred Hanna and Associates at toll free 866-306-8250, extension 3241. This communication is from a debt collector. Thank you. This message is for Kimberly Wilkinson. If you are not Kimberly, please hang up or disconnect immediately. Please contact Jessica Dickson with the Law Offices of Fred Hanna and Associates at toll free 866-306-8250, extension 3241. This communication is from a debt collector. Thank you.

This message is for Kimberly Wilkinson. If you are not Kimberly, please hang up or disconnect. Please contact Jessica Dickson with the Law Offices of Fred Hanna & Associates at toll free 866-306-8250, extension 3241. This communication is from a debt collector.

Hello, this message is for Kimberly Wilkinson. If you are not Kimberly, please hang up. Ms. Wilkinson, this is Jessica Dickson calling again from the Law Offices of Fred Hanna. It is very important that you return my phone call as soon as possible. Number is 866-306-8250, extension 3241. This communication is from a debt collector.

This message is for Kimberly Wilkinson. Kimberly, this is Jessica Dickson calling again from the Law Offices of Fred Hanna and Associates. It is very important that you return my phone call as soon as possible. Number is 866-306-8250, extension 3241.

Message is for Kimberly Wilkinson. If you are not Kimberly, please hang up or disconnect the call immediately. Kimberly, this is Rosy calling from Law Offices of Fredrick J. Hanna & Associates PC. The number is 866-306-8250, extension is 3266. This communication is from a debt collector.

This message is for Kimberly Wilkinson. If you are not Kimberly, please hang up. Ms. Wilkinson, please contact Jessica Dickson with the Law Offices of Fred Hanna & Associates at toll free 866-306-8250, extension 3241. This communication is from a debt collector.

This is a message for Kimberly Wilkinson. Please call Heyde Sarah at 866-306-8250, extension is 3139. Thank you.

This message is for Kimberly Wilkinson. If you are not Kimberly, please hang up. Ms. Wilkinson, please contact Jessica Dickson with the Law Offices of Fred Hanna & Associates at toll free 866-306-8250, extension 3241. This communication is from a debt collector.

This message is for Kimberly Wilkinson. If you are not Kimberly, please hang up or disconnect immediately. Ms. Wilkinson, please contact Jessica Dickson with the Law Offices of Fred Hanna and Associates at toll free 866-306-8250, extension 3241. This communication is from a debt collector.

Hi, this message is for Kimberly Wilkinson. If you are not Kimberly, please hang up or disconnect immediately. Please contact Jessica Dickson with the Law Offices of Fred Hanna and Associates. My number is toll free 866-306-8250. My extension is 3241. This communication is from a debt collector. Thank you.

Hi, this message is for Kimberly Wilkinson. If you are not Kimberly, please hang up. Ms. Wilkinson, please contact Jessica Dickson with the Law Offices of Fred Hanna and Associates at toll free 866-306-8250, extension 3241. This communication is from a debt collector. Thank you.

Hi, this message is for Kimberly Wilkinson. If you are not Kimberly Wilkinson, please hang up or disconnect immediately. Kimberly, my name is Richard Howard. I am with the Law Offices of Frederick J. Hanna and Associates PC. Return my call please at 1866-306-8250. My direct extension is 3293 and this communication is from a debt collector. Thank you.

Hi, this message is for Kimberly Wilkinson. If you are not Kimberly Wilkinson, please hang up or disconnect immediately. Kimberly, my name is Richard Howard. I am with the Law Offices of Frederick J. Hanna and Associates PC. Return my call please at 1866-306-8250. My direct extension is 3293 and this communication is from a debt collector. Thank you.

Hi, this message is for Kimberly Wilkinson. Ms. Wilkinson, please contact Jessica Dickson at the Law Offices of Fred Hanna & Associates at toll free 866-306-8250, extension 3241. Thank you.

# EXHIBIT B

Case 2:09-cv-02432-JWL-GLR Document 1 Filed 08/17/09 Page 11 of 12

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** / NO
2. Fear of answering the telephone — **YES** / NO
3. Nervousness — **YES** / NO
4. Fear of answering the door — **YES** / NO
5. Embarrassment when speaking with family or friends — **YES** / NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** / NO
7. Chest pains — YES / **NO**
8. Feelings of hopelessness, pessimism — **YES** / NO
9. Feelings of guilt, worthlessness, helplessness — **YES** / NO
10. Appetite and/or weight loss or overeating and weight gain — **YES** / NO
11. Thoughts of death, suicide or suicide attempts — YES / **NO**
12. Restlessness or irritability — **YES** / NO
13. Headache, nausea, chronic pain or fatigue — **YES** / NO
14. Negative impact on my job — **YES** / NO
15. Negative impact on my relationships — **YES** / NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____
_____
_____
_____
_____
_____

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 7-21-09

_Kimberly Wilkinson_
Signed Name

Kimberly Wilkinson
Printed Name