UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| KIMBERLY WILKINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.  09-cv-2432 JWL/GLR |
| | ) |
| FREDERICK J. HANNA and ASSOCIATES P.C | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

KIMBERLY WILKINSON (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, FREDERICK J. HANNA and ASSOCIATES P.C. (Defendant), in this case.

DATED:  March 3, 2010        KROHN & MOSS, LTD.

                          By   /s/ Raymond Probst
                               Raymond Probst, Esq.
                               Attorneys for Plaintiff
                               Krohn & Moss, Ltd.
                               10474 Santa Monica Blvd, Suite 401
                               Los Angeles, CA 90025